UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

        v.

MICHAEL FRAVER,
    Defendant.

Case No. 1:09cr34-2
(Barrett, J ; J. Beckwith)

**CRIMINAL MINUTES before**
**Judge Michael R. Barrett**

Courtroom Deputy: Arthur Hill
Court Reporter: Official Reporter, MaryAnn Maffia
Date/Time: March 26, 2009 at 2:00 PM

*Will retain private counsel*

United States Attorney: Deborah Grimes    Defendant Attorney: James Mavs, AFPD

*Initial Appearance Hearing on* [] Complaint; [X] Indictment; [] Information; or [] petition for probation / supervised release [] Rule 5(c)(3) out of _____ ; [] pretrial release violation; [] Other matters
[X] Counsel present
[X] Defendant informed of his / her rights
[X] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[ ] Financial affidavit presented to the Court/Defendant
[ ] Counsel appointed. _____FPD or __X__CJA

*Detention Hearing:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness _____
[X] OR   [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [X] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____
[ ] _____ [ ] _____ [ ] _____ [ ] _____

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [] waived; [ ] bond continued/denied
AUSA Witnesses: _____ Defendant Witnesses: _____

AUSA Exhibits: _____ Defendant Exhibits: _____
[ ] Preliminary Exam Hearing set _____
[ ] Case to proceed before the Grand Jury
[ ] Case set for Arraignment _____

*Arraignment on* [X] *Indictment or* [] *Information or* [] *Superseding Indictment:*
Defendant waives reading of: [X] Indict [ ] Info [ ] Indict Read [ ] Info Read
Defendant pleads: [ ] GUILTY [X] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[X] Case to proceed before Judge Beckwith
[ ] Statement of Agent _____

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing. [ ] Defendant waives Preliminary Examination
[ ] Commitment to Another District Ordered (Rule 40), remove to _____
[ ] Case set for a _____
[ ] Statement of Agent _____
Remarks: