AO 442 (Rev 01/09) Arrest Warrant

FILED

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

MAR 27 2009
JAMES BONINI, Clerk
CINCINNATI, OHIO

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:09CR34-2 |
| MICHAEL FRAVER aka Jeremy Gibson | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MICHAEL FRAVER,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
SEE ATTACHED INDICTMENT

Date: 03/19/2009

*Issuing officer's signature*

City and state: Cincinnati, Ohio

TIMOTHY S. HOGAN, US MAGISTRATE JUDGE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/24/09, and the person was arrested on *(date)* 03/24/09
at *(city and state)* Springboro, OH

Date: 3/26/09

*Arresting officer's signature*
SA

SA Ron Axt
*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:      Weight:

Sex:      Race:

Hair:      Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: