**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. 1:09-CR-034 |
| Plaintiff, | : | |
| v. | : | Senior Judge Beckwith |
| JEFFREY McCURDY, et al., | : | |
| | : | **ELEMENTS OF THE OFFENSE** |
| Defendants. | : | |

## Count 1

The elements of the offense of Conspiracy to Commit Bank Fraud and Wire Fraud, in violation of 18 U.S.C. § 1349, are as follows:

First:    That two or more persons conspired, or agreed, to commit the crimes of bank fraud and wire fraud;

Second:    That the defendant knowingly and voluntarily joined the conspiracy;

Third:    That a member of the conspiracy did one of the overt acts described in the indictment for the purpose of advancing or helping the conspiracy; and

Fourth:    That such act or acts occurred on or about the dates alleged in the indictment in the Southern District of Ohio.

## Count 9

The elements of the offense of Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1), are as follows:

First:    The defendant knowingly possessed without lawful authority, a means of identification of another person;

Second: The defendant did so during or in relation to the crime of bank fraud, a felony enumerated under 18 U.S.C. § 1028A(c); and

Third: Such act or acts occurred on or about the date alleged in the Indictment in the Southern District of Ohio.

>Respectfully submitted,
>
>GREGORY G. LOCKHART
>United States Attorney
>
>s/Deborah D. Grimes
>DEBORAH D. GRIMES (0078698)
>Assistant United States Attorney
>Attorney for Plaintiff
>221 East Fourth Street, Suite 400
>Cincinnati, Ohio 45202
>(513) 684-3711
>Fax: (513) 684-6385
>Deborah.Grimes @usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Elements of the Offense was served this 6th day of May, 2009, electronically on: all counsel of record.

>s/Deborah D. Grimes
>DEBORAH D. GRIMES (0078698)
>Assistant United States Attorney

2