# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**United States of America**

vs.  Case No. 1:09-cr-34-2

**Michael Fraver**

## CRIMINAL MINUTES - *Sentencing*
(11:03 - 11:35)

U.S. ATTORNEY PRESENT: _DEBORAH GRIMES_

COUNSEL FOR DEFENDANT: _CHRISTOPHER ATKINS_

PROBATION OFFICER: _LISA EGNER_

Waiver of Indictment filed _____ INFORMATION filed _____

Defendant waives reading of: Indictment _____ Information _____

Statement of Agent _____

Defendant pleads: **GUILTY** _Counts 1 & 9_

**NOT GUILTY** _____

**NOLO CONTENDERE** _____

Plea (preliminarily/formally) accepted by the court ✓

Case referred to Probation Department for Presentence Report _____

Bond of _____ Continued _____ Set _____

Defendant in custody pursuant to pretrial detention order _____

An appeal of sentence to be filed by Clerk of Court _____

Defendant does not desire an appeal to be filed by the Clerk at this time ✓

Defendant moves to withdraw original plea of Not Guilty and enter a plea of Guilty - Motion is Granted _____

Defense attorney's request for permission to withdraw as counsel is _____

U.S. Court of Appeals to appoint counsel for appeal purposes (only if defendant currently has *in forma pauperis* status) _____

**PROCEEDINGS:** No objections to the PSR. Gov't's 5K motion is granted.

SENTENCE: 27 months imprisonment on Count 1, 24 months imprisonment on Count 9 to run consecutively followed by 5 years supervised release on Count 1, 1 year supervised release on Count 9 to run concurrently.

The court will recommend incarceration closest to Dayton, Ohio. ∆ may vol. surrender on or after 11/1/0_

$257,690.00 restitution; $200 assessment. No fine. ∆ to participate in any mental health counseling or treatment recommended by probation.

**Court Personnel**

**Honorable:** Sandra S. Beckwith, Senior Judge
**Deputy Clerk:** Mary Brown
**Court Reporter:** Mary Ann Ranz (Official)
**Date:** WEDNESDAY, SEPT. 9, 2009

This judgment to be jointly severally with co-∆s, McCurdy & Gregorio

forfeiture to be dismissed