UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:09-CR-00034(2) |
| v. | : | **ORDER FOR DISMISSAL** |
| MICHAEL FRAVER | : | SENIOR JUDGE BECKWITH |

- - - - - - - - - - - - - - - - - - - - - - - -

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Ohio hereby dismisses Counts 2-8 and the Forfeiture Allegations of the Indictment against the defendant, MICHAEL FRAVER.

Respectfully submitted,

WILLIAM E. HUNT
Acting United States Attorney

*Deborah Grimes*
DEBORAH D. GRIMES (0078698)
Assistant United States Attorney
221 East Fourth Street
Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax: (513) 684-6385
Deborah.Grimes @usdoj.gov

Leave of Court is granted for the filing of the foregoing Order for Dismissal.

9/9/09
DATE

SANDRA S. BECKWITH, Senior Judge